resignation, effective immediately, from the office he or she presently holds.

2. The Department of State shall send a notice of the automatic resignation to the Governor, and in the case of a district, county, or municipal officer, a copy to:

a. The officer before whom he or she qualified if the officer held an elective office; or

b. The officer or authority who appointed him or her if the officer held an appointive office.

(g) The office is deemed vacant upon the effective date of the resignation submitted by the official in his or her letter of resignation.

(5) A person who is a subordinate officer, deputy sheriff, or police officer must resign effective upon qualifying pursuant to this chapter if the person is seeking to qualify for a public office that is currently held by an officer who has authority to appoint, employ, promote, or otherwise supervise that person and who has qualified as a candidate for reelection to that office.

(6) If an order of a court that has become final determines that a person did not comply with this section, the person shall not be qualified as a candidate for election and his or her name may not appear on the ballot.

(7) This section does not apply to:

(a) Political party offices.

(b) Persons serving without salary as members of an appointive board or authority.

(8) Subsections (3) and (4) do not apply to persons holding any federal office. Subsection (4) does not apply to an elected officer if the term of the office that he or she presently holds is scheduled to expire and be filled by election in the same primary and general election period as the federal office he or she is seeking.

History.—s. 1, ch. 63-269; s. 2, ch. 65-378; s. 1, ch. 70-80; s. 10, ch. 71-373; s. 1, ch. 74-76; s. 3, ch. 75-196; s. 1, ch. 79-391; s. 47, ch. 81-259; s. 1, ch. 83-15; s. 28, ch. 84-302; s. 31, ch. 91-107; s. 534, ch. 95-147; s. 1, ch. 99-146; s. 1, ch. 2000-274; s. 14, ch. 2007-30; s. 14, ch. 2008-4; s. 9, ch. 2008-95; s. 12, ch. 2011-40; s. 1, ch. 2018-126; s. 11, ch. 2021-11.

**99.021 Form of candidate oath.—**

(1)(a)1. Each candidate, whether a party candidate, a candidate with no party affiliation, or a write-in candidate, in order to qualify for nomination or election to any office other than a judicial office as defined in chapter 105 or a federal office, shall take and subscribe to an oath or affirmation in writing. A copy of the oath or affirmation shall be made available to the candidate by the officer before whom such candidate seeks to qualify and shall be substantially in the following form:

State of Florida
County of____

Before me, an officer authorized to administer oaths, personally appeared __(please print name as you wish it to appear on the ballot)__, to me well known, who, being sworn, says that he or she is a candidate for the office of ____; that he or she is a qualified elector of ____ County, Florida; that he or she is qualified under the Constitution and the laws of Florida to hold the office to which he or she desires to be nominated or elected; that he or she has qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with that of the office he or she seeks; that he or she has resigned from any office from which he or she is required to resign pursuant to s. 99.012, Florida Statutes; and that he or she will support the Constitution of the United States and the Constitution of the State of Florida.

　　　　　　　　　　　　　(Signature of candidate)
　　　　　　　　　　　　　　　　　(Address)

Sworn to and subscribed before me this ____ day of ____, (year), at ____ County, Florida.

　　　　(Signature and title of officer administering oath)

2. Each candidate for federal office, whether a party candidate, a candidate with no party affiliation, or a write-in candidate, in order to qualify for nomination or election to office shall take and subscribe to an oath or affirmation in writing. A copy of the oath or affirmation shall be made available to the candidate by the officer before whom such candidate seeks to qualify and shall be substantially in the following form:

State of Florida
County of ____

Before me, an officer authorized to administer oaths, personally appeared __(please print name as you wish it to appear on the ballot)__, to me well known, who, being sworn, says that he or she is a candidate for the office of ____; that he or she is qualified under the Constitution and laws of the United States to hold the office to which he or she desires to be nominated or elected; that he or she has qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with that of the office he or she seeks; and that he or she will support the Constitution of the United States.

　　　　　　　　　　　　　(Signature of candidate)
　　　　　　　　　　　　　　　　　(Address)

Sworn to and subscribed before me this ____ day of ____, (year), at ____ County, Florida.

　　　　(Signature and title of officer administering oath)

(b) In addition, any person seeking to qualify for nomination as a candidate of any political party shall, at the time of subscribing to the oath or affirmation, state in writing:

1. The party of which the person is a member.

2. That the person has been a registered member of the political party for which he or she is seeking nomination as a candidate for 365 days before the beginning of qualifying preceding the general election for which the person seeks to qualify.

3. That the person has paid the assessment levied against him or her, if any, as a candidate for said office by the executive committee of the party of which he or she is a member.

(c) In addition, any person seeking to qualify for office as a candidate with no party affiliation shall, at the time of subscribing to the oath or affirmation, state in writing that he or she is registered without any party affiliation and that he or she has not been a registered member of any political party for 365 days before the beginning of qualifying preceding the general election for which the person seeks to qualify.

(d) The officer before whom such person qualifies shall certify the name of such person to the supervisor of elections in each county affected by such candidacy so

29

*Exhibit 2*

Select Year:   2021 ▼   Go

# The 2021 Florida Statutes

| Title IX | Chapter 99 | View Entire Chapter |
|---|---|---|
| ELECTORS AND ELECTIONS | CANDIDATES | |

**99.021**  Form of candidate oath.—

(1)(a)1.  Each candidate, whether a party candidate, a candidate with no party affiliation, or a write-in candidate, in order to qualify for nomination or election to any office other than a judicial office as defined in chapter 105 or a federal office, shall take and subscribe to an oath or affirmation in writing. A copy of the oath or affirmation shall be made available to the candidate by the officer before whom such candidate seeks to qualify and shall be substantially in the following form:

State of Florida
County of

Before me, an officer authorized to administer oaths, personally appeared _(please print name as you wish it to appear on the ballot)_ , to me well known, who, being sworn, says that he or she is a candidate for the office of ; that he or she is a qualified elector of County, Florida; that he or she is qualified under the Constitution and the laws of Florida to hold the office to which he or she desires to be nominated or elected; that he or she has qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with that of the office he or she seeks; that he or she has resigned from any office from which he or she is required to resign pursuant to s. 99.012, Florida Statutes; and that he or she will support the Constitution of the United States and the Constitution of the State of Florida.

_(Signature of candidate)_
_(Address)_

Sworn to and subscribed before me this   day of  , _(year)_ , at   County, Florida.

_(Signature and title of officer administering oath)_

2.  Each candidate for federal office, whether a party candidate, a candidate with no party affiliation, or a write-in candidate, in order to qualify for nomination or election to office shall take and subscribe to an oath or affirmation in writing. A copy of the oath or affirmation shall be made available to the candidate by the officer before whom such candidate seeks to qualify and shall be substantially in the following form:

State of Florida
County of

Before me, an officer authorized to administer oaths, personally appeared _(please print name as you wish it to appear on the ballot)_ , to me well known, who, being sworn, says that he or she is a candidate for the office of ; that he or she is qualified under the Constitution and laws of the United States to hold the office to which he or she desires to be nominated or elected; that he or she has qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with that of the office he or she seeks; and that he or she will support the Constitution of the United States.

_(Signature of candidate)_
_(Address)_

Sworn to and subscribed before me this   day of  , _(year)_ , at   County, Florida.

_(Signature and title of officer administering oath)_

(b)  In addition, any person seeking to qualify for nomination as a candidate of any political party shall, at the time of subscribing to the oath or affirmation, state in writing:

1.  The party of which the person is a member.
2.  That the person has been a registered member of the political party for which he or she is seeking nomination as a candidate for 365 days before the beginning of qualifying preceding the general election for which the person seeks to qualify.

committee of the party of which he or she is a member.

(c) In addition, any person seeking to qualify for office as a candidate with no party affiliation shall, at the time of subscribing to the oath or affirmation, state in writing that he or she is registered without any party affiliation and that he or she has not been a registered member of any political party for 365 days before the beginning of qualifying preceding the general election for which the person seeks to qualify.

(d) The officer before whom such person qualifies shall certify the name of such person to the supervisor of elections in each county affected by such candidacy so that the name of such person may be printed on the ballot. Each person seeking election as a write-in candidate shall subscribe to the oath prescribed in this section in order to be entitled to have write-in ballots cast for him or her counted.

(2) The provisions of subsection (1) relating to the oath required of candidates, and the form of oath prescribed, shall apply with equal force and effect to, and shall be the oath required of, a candidate for election to a political party executive committee office, as provided by law. The requirements set forth in this section shall also apply to any person filling a vacancy on a political party executive committee.

(3) This section does not apply to a person who seeks to qualify for election pursuant to ss. 103.021 and 103.101.

History.—ss. 22, 23, ch. 6469, 1913; RGS 326, 327; CGL 383, 384; s. 3, ch. 19663, 1939; s. 3, ch. 26870, 1951; s. 10, ch. 28156, 1953; s. 1, ch. 57-742; s. 1, ch. 61-128; s. 2, ch. 63-269; s. 1, ch. 63-66; s. 1, ch. 65-376; s. 1, ch. 67-149; s. 2, ch. 70-269; s. 19, ch. 71-355; s. 6, ch. 77-175; s. 3, ch. 79-365; s. 27, ch. 79-400; s. 2, ch. 81-105; s. 3, ch. 86-134; s. 535, ch. 95-147; s. 7, ch. 99-6; s. 8, ch. 99-318; s. 15, ch. 2007-30; s. 10, ch. 2008-95; s. 13, ch. 2011-40; s. 12, ch. 2021-11.

Note.—Former ss. 102.29, 102.30.

Copyright © 1995-2022 The Florida Legislature • Privacy Statement • Contact Us

# U.S. Term Limits, Inc. v. Thornton, 514 U.S. 779 (1995)[1],

was a case in which the Supreme Court of the United States ruled that states cannot impose qualifications for prospective members of the U.S. Congress stricter than those specified in the Constitution. The decision invalidated the Congressional term limit provisions of 23 states. The parties to the case were U.S. Term Limits, a non-profit pressure group, and the politician Ray Thornton, among others.

## Background

Amendment 73 to the Arkansas Constitution denied ballot access to any federal Congressional candidate having already served three terms in the U.S. House or two terms in the U.S. Senate.

Soon after the amendment's adoption by ballot measure at the general election on November 3, 1992, Bobbie Hill, a member of the League of Women Voters, sued in state court to have it invalidated. She alleged that the new restrictions amounted to an unwarranted expansion of the specific qualifications for membership in Congress enumerated in the U.S. Constitution:

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen (Article I, section 2),

and:

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen (Article I, section 3).

Also critical to the issue is the 17th Amendment, which transferred power to select US Senators from the state legislature, to the people of the state:

The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures.

Both the trial court and the Arkansas Supreme Court agreed with Hill, declaring Amendment 73 unconstitutional.

---

[1] Text of U.S. Term Limits, Inc. v. Thornton, 514 U.S. 779 (1995) is available from: · Enfacto · Findlaw

**Supreme Court decision**

The Supreme Court affirmed by a 5-4 vote. The majority and minority articulated different views of the character of the federal structure established in the Constitution. Writing for the majority, Justice John Paul Stevens concluded that:

> Finally, state-imposed restrictions, unlike the congressionally imposed restrictions at issue in Powell, violate a third idea central to this basic principle: that the right to choose representatives belongs not to the States, but to the people. ... Following the adoption of the 17th Amendment in 1913, this ideal was extended to elections for the Senate. The Congress of the United States, therefore, is not a confederation of nations in which separate sovereigns are represented by appointed delegates, but is instead a body composed of representatives of the people.

He further noted that sustaining Amendment 73 would result in "a patchwork of state qualifications" for U.S. Representatives, and described that consequence as inconsistent with "the uniformity and national character that the framers sought to insure." Concurring, Justice Anthony Kennedy wrote that the amendment would interfere with the "relationship between the people of the Nation and their National Government."

Justice Clarence Thomas, in dissent, countered that the Constitution's authority depends on "the consent of the people of each individual State, not the consent of the undifferentiated people of the Nation as a whole," and argued that on the question of whether the qualifications clause is exclusive, "The Constitution is simply silent...And where the Constitution is silent, it raises no bar to action by the States or the people."

The American Civil Liberties Union participated in the trial as an amicus curiae, urging it to uphold the Arkansas Supreme Court's decision.

See also

- List of United States Supreme Court cases, volume 514
- List of United States Supreme Court cases
- Lists of United States Supreme Court cases by volume
- List of United States Supreme Court cases by the Rehnquist Court

**References**

- Summary of case from OYEZ

# FEDERAL OFFICE CANDIDATE OATH – NO PARTY AFFILIATION


Exhibit 4

**OFFICE USE ONLY**

## Candidate Oath
(Section 99.021(1)(a), Florida Statutes)

I, _____ ,
(Print name above as you wish it to appear on the ballot. If your last name consists of two or more names but has no hyphen, check box ☐ (see page 2 - Compound Last Names). No change can be made after the end of qualifying.)

am a candidate for the office of _____ , _____ ; I am qualified
(Office) (District #)

under the Constitution and the laws of the United States to hold the office to which I desire to be nominated or elected; and I have qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with the office I seek; and I have resigned from any office from which I am required to resign pursuant to Section 99.012, Florida Statutes; and that I will support the Constitution of the United States.

## Statement of No Party Affiliation
(Section 99.021(1)(c), Florida Statutes)

I am registered without any party affiliation and have not been a registered member of any political party for 365 days before the beginning of qualifying preceding the general election for which I seek to qualify.

**Candidate's Florida Voter Registration Number** (located on your voter information card): _____

**Phonetic spelling for audio ballot:** Print name phonetically on the line below as you wish it to be pronounced on the audio ballot as may be used by persons with disabilities (*see* instructions on page 2 of this form):

_____

X_____ ( ) _____ _____
**Signature of Candidate**   Telephone Number   Email Address

_____ _____ _____ _____
Address      City         State        ZIP Code

**STATE OF FLORIDA**

**COUNTY OF** _____

Sworn to (or affirmed) and subscribed before me by means of
online notarization ☐   OR   physical presence ☐
this _____ day of _____, 20____.

Personally Known ☐   OR   Produced Identification ☐
Type of Identification Produced:_____

**Signature of Notary Public**
Print, Type, or Stamp Commissioned Name of Notary Public below:

_____

DS-DE 300B (Rev. 05/2021)                                    Rule 1S-2.0001, F.A.C.

# FEDERAL OFFICE CANDIDATE OATH – WITH PARTY AFFILIATION


Exhibit S

**OFFICE USE ONLY**

## Candidate Oath
(Section 99.021(1)(a), Florida Statutes)

I, _____,
(Print name above as you wish it to appear on the ballot. If your last name consists of two or more names but has no hyphen, check box ☐ (see page 2 - Compound Last Names). No change can be made after the end of qualifying.)

am a candidate for the office of _____ , _____ ; I am qualified
(Office) (District #)
under the Constitution and the laws of the United States to hold the office to which I desire to be nominated or elected; and I have qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with the office I seek; and I have resigned from any office from which I am required to resign pursuant to Section 99.012, Florida Statutes; and that I will support the Constitution of the United States.

## Statement of Party
(Section 99.021(1)(b), Florida Statutes)

I am a member of the _____ Party; I have been a registered member of this political party, for which I am seeking nomination as a candidate, for 365 days before the beginning of qualifying preceding the general election for which I seek to qualify; and I have paid the assessment levied against me, if any, by the executive committee of the above-stated political party.

**Candidate's Florida Voter Registration Number** (located on your voter information card): _____

**Phonetic spelling for audio ballot:** Print name phonetically on the line below as you wish it to be pronounced on the audio ballot as may be used by persons with disabilities (see instructions on page 2 of this form):
_____

X _____  ( ) _____  _____
**Signature of Candidate**     Telephone Number     Email Address

_____  _____  _____  _____
Address     City     State     ZIP Code

**STATE OF FLORIDA**
**COUNTY OF** _____

Sworn to (or affirmed) and subscribed before me by means of online notarization ☐  OR  physical presence ☐
this _____ day of _____ , 20_____.

Personally Known ☐  OR  Produced Identification ☐
Type of Identification Produced: _____

**Signature of Notary Public**
Print, Type, or Stamp Commissioned Name of Notary Public below:
_____

DS-DE 300A (Rev. 05/2021)                                   Rule 1S-2.0001, F.A.C.

EXHIBIT 6

# CANDIDATE PETITION

**Notes:**
- All information on this form becomes a public record upon receipt by the Supervisor of Elections.
- It is a crime to knowingly sign more than one petition for a candidate. [Section 104.185, Florida Statutes]
- If all requested information on this form is not completed, the form will not be valid as a Candidate Petition form.

I, _____ the undersigned, a registered voter
(print name as it appears on your voter information card)

in said state and county, petition to have the name of _____

placed on the Primary/General Election Ballot as a: [check/complete box, as applicable]

☐ Nonpartisan  ☐ No party affiliation  ☐ _____ Party  candidate for the office of

_____
(insert title of office and include district, circuit, group, seat number, if applicable)

| Date of Birth (MM/DD/YY) or Voter Registration Number | Address |
|---|---|
| | |

| City | County | State | Zip Code |
|---|---|---|---|
| | | | |

| Signature of Voter | Date Signed (MM/DD/YY) [to be completed by Voter] |
|---|---|
| | |

Rule 1S-2.045, F.A.C.                                    DS-DE 104 (Eff. 09/11)

This is what the State of Florida Requires Every Signature to Have for 2600+ Signatures to Even be Listed on the Ballot.