UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW S. DODGE and
DANELLE L. DODGE,

    Plaintiffs,

v.                                                                    Case No.: 6:22-cv-00221-WWB-DCI

LAUREL M. LEE, Florida Secretary of
State, ASHLEY MOODY, Florida
Attorney General, and LORI SCOTT
Supervisor of Elections, Brevard County,

Defendants.
_____/

**PLAINTIFF ANDREW AND DANELLE DODGE,
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

    Plaintiffs, Andrew S. and Danelle L. Dodge, pursuant to Rule 7.1(a), Federal Rules of Civil Procedure, and Local Rule 3.03, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

    1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case.

- Andrew S. Dodge
- Danelle L. Dodge
- Florida Secretary of State, Laurel M. Lee

Page 1 of 3

- Supervisor of Elections, Brevard County, Florida, Lori Scott
- Ashley Moody, Florida Attorney General
- Ashley E. Davis, Esq., counsel for Laurel M. Lee
- Charles J. F. Schreiber, Jr., counsel for Ashley Moody
- Deborah L. Moskowitz, Esq., counsel for Lori Scott
- Maria S. Breen, Esq. counsel for Lori Scott
- Quintairios, Prieto, Wood, & Boyer, P.A., counsel firm for Lori Scott
- Citizens of Florida

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known to Plaintiffs, Andrew S. and Danelle L. Dodge, at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors'' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None known to Plaintiffs, Andrew and Danelle Dodge, at this time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiffs, Andrew S. and Danelle L. Dodge
- Citizens of Florida

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen (14) days after I know of a conflict.

Dated March 1, 2022.

Respectfully Submitted,
Plaintiff's
Andrew and Danelle Dodge
dodgea@totalrecallinc.com
395 Harbor Dr.
Cape Canaveral, FL 32920
Telephone: (253) 278-9301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished on this 8th day of March 2022, via the CM/ECF System, U.S. Mail, and e-mail (as applicable), to:

Deborah L. Moskowitz Quintairos Prieto Wood & Boyer P.A.
255 South Orange Avenue, Floor 9 Orlando, Florida 32801-3445
dmoskowitz@qpwblaw.com Attorneys for Defendant Lori Scott, Supervisor of Elections Brevard County, Florida

Ashley E. Davis Deputy General Counsel Florida Department of State R.A. Gray Building 500 South Bronough Street, Suite 100 Tallahassee, Florida 32399-0250
ashley.davis@dos.myflorida.com
stephanie.buse@dos.myflorida.com
Attorneys for Defendant Secretary of State, Laurel M. Lee

Charles J. F. Schreiber, Jr. Senior
charles.schreiber@myfloridalegal.com
Office of the Attorney General State Programs Litigation Bureau The Capitol PL-01 Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300 Telefacsimile: (850) 488-4872 Attorney for the Attorneys for Defendant Ashley Moody, Florida Attorney General

Andrew and Danelle Dodge