**Dodge, Andrew S.**

| | |
|---|---|
| From: | Charles Schreiber [Charles.Schreiber@myfloridalegal.com] |
| Sent: | Thursday, February 24, 2022 7:31 |
| To: | Dodge, Andrew S. |
| Cc: | John Bennett |
| Subject: | RE: Dodge v. Lee, et al., U.S. Dist. Ct., M.D. Fla., Case No.: 6:22-cv-221-WWB-DCI |

Mr. Dodge:

No voice mail offered. It went through two separate cycles of ringing with many rings.
I had hoped to discuss the grounds for motion to dismiss in our teleconference call. The grounds are at least lack of standing and failure to state a claim.
I understand from your email that we cannot resolve by agreement, and we disagree on resolution of our motion to dismiss your and your wife's complaint against the Attorney General.
I presume, but please confirm, that Mrs. Dodge holds your same position.
Thank you.
I look forward to your call on Monday, February 28, 2022.

Charles J. F. Schreiber, Jr.
Senior Assistant Attorney General
General Civil Litigation, Office of the Attorney General
The Capitol PL-01, Tallahassee, Florida 32399-1050
Telephone: (850) 414-3672
Charles.Schreiber@myfloridalegal.com



http://www.myfloridalegal.com
The information contained in this e-mail may contain attorney-work product, and as such may be exempt from inspection under the Public Records Law, and it may be privileged from discovery. It is intended only for the use of the named recipient(s) and should not be distributed further without the permission of the sender. If you have received this communication in error, please notify the undersigned by telephone immediately.

**From:** Dodge, Andrew S. <DodgeA@TotalRecallInc.com>
**Sent:** Thursday, February 24, 2022 1:56 AM
**To:** Charles Schreiber <Charles.Schreiber@myfloridalegal.com>
**Cc:** John Bennett <John.Bennett@myfloridalegal.com>
**Subject:** RE: Dodge v. Lee, et al., U.S. Dist. Ct., M.D. Fla., Case No.: 6:22-cv-221-WWB-DCI
**Importance:** High

Hello Charles,

I'm not sure what happened with your call, as it rang on my end once, but the caller seemed to have hung up or my connection dropped before I had the opportunity to answer. This is a spectrum mobile cell phone and has standard voicemail setup and working. Maybe try a call twice in the future.

I'm unavailable on a personal matter at the moment, but I will be available on Monday.

1

Interesting mentioning a dismissal without listing cause and most importantly mentioning of a dismissal without mentioning a single argument let alone one against the central premise of the complaint. All that really matters is that this law is clearly unconstitutional and Florida has no jurisdiction to add these qualifications to this federal position.

"*U.S. Term Limits, Inc. v. Thornton*, 514 U.S. 779 (1995)", which unequivocally states "*the Supreme Court of the United States ruled that states cannot impose qualifications for prospective members of the U.S. Congress stricter than those specified in the Constitution*"

Constitution Article 1 Section 2.
"*No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen (Article I, section 2)*" and the majority opinion stated *"that the right to choose representatives belongs not to the States, but to the people."*

I'm happy to explain the law and the Supreme Court decision in more detail, however this is not a position for me to make an agreement on since this is between the US Constitution and the state of Florida, but I am always happy to have civil conversations about any issue.

In future communications I do not care for posturing of this nature. If you feel it necessary to threaten the filing of motions with no basis in law, then please be my guest and file them with the court.

Sincerely,
Andrew Dodge
Cape Canaveral, FL
253-278-9301

---

**From:** Charles Schreiber [mailto:Charles.Schreiber@myfloridalegal.com]
**Sent:** Wednesday, February 23, 2022 14:19
**To:** Dodge, Andrew S.
**Cc:** John Bennett
**Subject:** Dodge v. Lee, et al., U.S. Dist. Ct., M.D. Fla., Case No.: 6:22-cv-221-WWB-DCI

Mr. and Mrs. Dodge:

Good afternoon.
This confirms I called to confer with you whether we can resolve by agreement or we disagree on resolution of our motion to dismiss your complaint against the Attorney General.
Your telephone line did not permit me to leave a voice mail, so would you please call me at your earliest convenience at (850) 414-3672 to discuss? Many thanks.

Charles J. F. Schreiber, Jr.
Senior Assistant Attorney General
General Civil Litigation, Office of the Attorney General
The Capitol PL-01, Tallahassee, Florida 32399-1050
Telephone: (850) 414-3672
Charles.Schreiber@myfloridalegal.com



http://www.myfloridalegal.com

# CANDIDATE PETITION

*Notes:* - All information on this form becomes a public record upon receipt by the Supervisor of Elections.
- It is a crime to knowingly sign more than one petition for a candidate. [Section 104.185, Florida Statutes]
- If all requested information on this form is not completed, the form will not be valid as a Candidate Petition form.

I, _____ the undersigned, a registered voter
(print name as it appears on your voter information card)

in said state and county, petition to have the name of _____
placed on the Primary/General Election Ballot as a: [check/complete box, as applicable]

☐ Nonpartisan  ☐ No party affiliation  ☐ _____ Party   candidate for the office of

_____
(insert title of office and include district, circuit, group, seat number, if applicable)

| Date of Birth (MM/DD/YY) or Voter Registration Number | Address |
|---|---|
| | |

| City | County | State | Zip Code |
|---|---|---|---|
| | | | |

| Signature of Voter | Date Signed (MM/DD/YY) [to be completed by Voter] |
|---|---|
| | |

Rule 1S-2.045, F.A.C.                                               DS-DE 104 (Eff. 09/11)