**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANDREW S. DODGE and DANELLE L. DODGE,

    Plaintiffs,

v.                                         Case No. 6:22-cv-221-WWB-DCI

LAUREL M. LEE, ASHLEY MOODY and LORI SCOTT,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendant Ashley Moody's Motion to Dismiss (Doc. 13), Defendant Lori Scott's Motion to Dismiss (Doc. 15), Defendant Laurel M. Lee's Motion to Dismiss (Doc. 16), and the parties' Joint Motion to Postpone (Doc. 20). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 21), in which he recommends that Plaintiff Danelle L. Dodge's claim be dismissed as moot, the motions to dismiss be granted in part, and the Joint Motion to Postpone be denied as moot. (*Id.* at 12).

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Moody's Motion to Dismiss (Doc. 13) is **GRANTED in part** as set forth in this Order and the Report and Recommendation and **DENIED without prejudice** in all other respects.

3. Defendant Scott's Motion to Dismiss (Doc. 15) is **GRANTED in part** as set forth in this Order and the Report and Recommendation and **DENIED without prejudice** in all other respects.

4. Defendant Lee's Motion to Dismiss (Doc. 16) is **GRANTED in part** as set forth in this Order and the Report and Recommendation and **DENIED without prejudice** in all other respects.

5. The Complaint and Request for Injunction (Doc. 1) is **DISMISSED without prejudice**.

6. On or before **August 1, 2022**, Plaintiff Andrew Dodge may file an amended pleading in accordance with the Report and Recommendation and this Order. Failure to timely file may result in the dismissal of this case without further notice.

7. The Joint Motion to Postpone (Doc. 20) is **DENIED as moot**.

**DONE AND ORDERED** in Orlando, Florida on July 19, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties