**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ANDREW S. DODGE and DANELLE L. DODGE,

    Plaintiffs,

v.                                                     Case No. 6:22-cv-221-WWB-DCI

LAUREL M. LEE, ASHLEY MOODY and LORI SCOTT,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On July 19, 2022, the Court entered an Order (Doc. 22) dismissing Plaintiffs' Complaint and Request for Injunction (Doc. 1) without prejudice and ordering Plaintiffs to file an amended pleading on or before August 1, 2022. Plaintiffs were warned that the failure to do so might result in the dismissal of this case without further notice. (Doc. 22 at 2). Plaintiffs did not timely file an amended pleading. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on August 5, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties